Filed 1/24/23  P. v. Rivera CA4/1
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D080362 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. Nos. SCE406635, SCE409105) |
| NOE GASTON RIVERA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Robert O. Amador, Judge.  Affirmed.

Jeffrey Manning-Cartwright, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

This appeal is from convictions in two different cases which were resolved as part of a plea agreement and sentenced in a single judgment.

In case No. SCE409105, Noe Gaston Rivera pleaded guilty to kidnapping (Pen. Code,[1] § 207, subd. (a)).  In case No. SCE406635, Rivera

---

1    All further statutory references are to the Penal Code.

pleaded guilty to one count of assault with force likely to cause great bodily injury (§ 245, subd. (a)(4)). Rivera admitted the personal infliction of great bodily injury (§ 12022.7, subd. (a)). He admitted a strike prior (§ 667, subds. (b)-(i)).

Rivera made a motion to withdraw his guilty plea, which request was denied by the trial court.

Rivera was sentenced to a total prison term of 13 years, consistent with the plea agreement.

Rivera filed timely notices of appeal in each case. He did not obtain a certificate of probable cause (§ 1237.5).

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered Rivera the opportunity to file his own brief on appeal, but he has not responded.

## STATEMENT OF FACTS

The guilty pleas did not follow an evidentiary hearing. In his change of plea, Rivera admitted he committed the elements of each offense.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified a possible issue that was considered in evaluating the potential merits of this appeal: Whether the trial court erred in denying Rivera's motion to withdraw his guilty plea.

2

We have reviewed the entire record as mandated by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Rivera on this appeal.

DISPOSITION

The judgment is affirmed.


HUFFMAN, J.

WE CONCUR:


McCONNELL, P. J.


O'ROURKE, J.